**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7308

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RENANTE BONITO QUERUBIN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.  (2:04-cr-00002)

Submitted:  December 20, 2007      Decided:  December 28, 2007

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Renante Bonito Querubin, Appellant Pro Se.  Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renante Bonito Querubin appeals the district court's order denying his motion for copies of trial transcripts and related documents for preparation of his 28 U.S.C. § 2255 (2000) motion.  We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss this appeal for the reasons stated by the district court.  United States v. Querubin, No. 2:04-cr-00002 (E.D. Va. filed Aug. 16, 2007 & entered Aug. 17, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED